| | |
|---|---|
| 1 | Richard K. Howell (State Bar No. 144241) |
| | Duke F. Wahlquist (State Bar No. 117722) |
| 2 | Bradley A. Chapin (State Bar No. 232885) |
| | RUTAN & TUCKER, LLP |
| 3 | 611 Anton Boulevard, Fourteenth Floor |
| | Costa Mesa, California 92626-1931 |
| 4 | Telephone:  714-641-5100 |
| | Facsimile:   714-546-9035 |
| 5 | Email: rhowell@rutan.com |
| | Email: dwahlquist@rutan.com |
| 6 | |
| 7 | Attorneys for Plaintiffs and Petitioners |
| | The Upper Deck Company and Richard P. McWilliam |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UPPER DECK COMPANY, a California corporation, and RICHARD P. MCWILLIAM, individually, and as Trustee for the MPR Trust,<br><br>Plaintiffs.<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 05 CV 1945 IEG (RBB)<br><br>**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO VACATE ARBITRATION AWARD**<br><br>DATE:        May 29, 2007<br>TIME:        10:30 a.m.<br>CTROOM:  1 |

Plaintiff THE UPPER DECK COMPANY, submits the attached appendix of exhibits in support of its Motion to Vacate Arbitration Award.

Dated: April 9, 2007

RUTAN & TUCKER, LLP
RICHARD K. HOWELL
DUKE F. WAHLQUIST
BRADLEY A. CHAPIN

By: /s/ Duke F. Wahlquist
Duke F. Wahlquist
Attorneys for Plaintiffs and Petitioners
The Upper Deck Company and Richard P. McWilliam

-1-

## INDEX OF EXHIBITS

A. ARBITRATORS' AWARD

B. FISCAL EVENT INSURANCE POLICY

C. SHARE PURCHASE AGREEMENT

D. LETTER DATED 7/29/05; LETTER DATED 7/9/04

E. IRS 4/22/02 DISCLOSURE INITIATIVE

F. IRS NOTICE 2004-30

G. IRS COORDINATED ISSUE PAPER

H. CALIFORNIA FRANCHISE TAX BOARD VOLUNTARY COMPLIANCE INITIATIVE

I. AIG'S ARBITRATION COMPLAINT

J. UPPER DECK'S ANSWER TO ARBITRATION COMPLAINT

K. UPPER DECK'S COUNTERCLAIM IN ARBITRATION

L. AIG RESPONSE TO UPPER DECK COUNTERCLAIM

M. AIG'S ARBITRATION PREHEARING BRIEF

N. UPPER DECK'S ARBITRATION PREHEARING BRIEF

O. AIG'S ARBITRATION REPLY BRIEF

P. UPPER DECK'S ARBITRATION REPLY BRIEF

Q. AIG'S POST HEARING ARBITRATION BRIEF

R. UPPER DECK'S POST HEARING ARBITRATION BRIEF

S. EXPERT REPORT AND REBUTTAL REPORT FOR RAPHAEL COTKIN, INSURANCE EXPERT FOR UPPER DECK

T. EXPERT REPORT AND REBUTTAL REPORT FOR STEVEN R. MATHER, TAX EXPERT FOR UPPER DECK

U. EXPERT REPORT OF LINDA B. BURKE, TAX EXPERT FOR AIG

V. EXPERT REPORT OF ROBERT BURKE, AIG'S TAX EXPERT

W. ARBITRATION HEARING TRANSCRIPT (TESTIMONY OF PETER LATHROP)

1  X. ARBITRATION HEARING TRANSCRIPT (TESTIMONY OF AIG TAX
2  EXPERT, LINDA B. BURKE)
3  Y. ARBITRATION HEARING TRANSCRIPT (TESTIMONY OF AIG TAX
4  EXPERT, ROBERT BURKE)
5  Z. ARBITRATION HEARING TRANSCRIPT (TESTIMONY OF INSUREDS' TAX
6  EXPERT, STEVEN R. MATHER)
7  AA. ARBITRATION HEARING TRANSCRIPT (CLOSING ARGUMENTS)

Rutan & Tucker LLP
attorneys at law

2163/017994-0028
801997.01 a04/09/07

-3-
APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO VACATE
ARBITRATION AWARD